## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

VERONICA "TYLER" BORS,

     Plaintiffs,

v.

STATE OF OKLAHOMA, *ex rel.,* BOARD OF REGENTS FOR THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,

     Defendant.

Case No.: CIV-18-1235-R

**(Removed from Oklahoma County District Court CJ-2018-6463)**

### DEFENDANT'S NOTICE AND PETITION OF REMOVAL

Defendant, State of Oklahoma, *ex rel.,* Board of Regents for the Regional University System of Oklahoma ("RUSO"), hereby gives notice of its removal of the action currently pending in the District Court of Oklahoma County, State of Oklahoma, pursuant to 28 U.S.C. §1441 *et seq.* and Fed. R. Civ. P. 81(c), and Defendant does not waive, and expressly reserves all defenses including, but not limited to, Eleventh Amendment sovereign immunity defenses, expect as to choice of forum. In Support of Defendant's Notice and Petition of removal, RUSO shows the Court:

1. The captioned proceeding was originally filed on November 26, 2018, in the District Court of Oklahoma County, State of Oklahoma, and is styled *Veronica "Tyler" Bors v. State of Oklahoma, ex rel., Board of Regents for the Regional University System of Oklahoma,* Case No. CJ-2018-6463.

2. That case is being timely removed to this Court, because Plaintiff has alleged violations of federal law pursuant Title IX and 42 U.S.C. § 1983.

~ 2 ~

3.    The United States District Court for the Western District of Oklahoma has original subject matter jurisdiction of this case pursuant to 28 U.S.C. §1331.

4.    This removal is timely as the matter is brought to this Court within thirty (30) days of service (11/30/2018) of the Petition and notice of assertion of federal claims.

5.    By this removal, the Defendant reserves, and does not waive any rights to assert, or the protection of, any available constitutional, statutory, common law, or other provision that does, might, or could limit the Court's jurisdiction of the allegations of Plaintiff's Petition, or any proposed amendment thereto, including allegations of entitlement to relief thereunder, including, but not limited to, the Eleventh Amendment sovereign immunity. (*See*: *Grothoff v. Nixon*, 2007 WL 2693835 (W.D. Mo.); *Dansby-Gils v. Jackson State University*, 2010 WL 780531, (S.D. Miss.); and *Neiberger v. Hawkins*, 70 F.Supp. 2d 1177(D. Colo. 1999).

6.    In accordance with 28 U.S.C. §1446 and LCvR81.2, a copy of the following is:

Exhibit 1: Oklahoma County Docket Sheet;

Exhibit 2: Entry of Appearance for Leah Roper;

Exhibit 3: Entry of Appearance for Colby Addison; and

Exhibit 4: Petition.

WHEREFORE, Defendant State of Oklahoma, *ex rel.,* Board of Regents for the Regional University System of Oklahoma respectfully requests this action be removed from the District Court of Oklahoma County, State of Oklahoma, to the

United States District Court for the Western District of Oklahoma, and for any such other relief as the Court deems proper and under the circumstances.

Respectfully submitted,

/s/Richard N. Mann
**RICHARD N. MANN, OBA#11040**
**LEXIE P. NORWOOD, OBA#31414**
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK   73105
Telephone:   (405) 521-3921
Facsimile:    (405) 521-4518
Email: richard.mann@oag.ok.gov
Email: lexie.norwood@oag.ok.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day December 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further that a true and correct copy of the foregoing document was sent via the ECF System to the following persons who are registered participants:

Leah Roper
Colby Addison
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th
Oklahoma City, OK 73159
Email: leah@lhllaw.com
Email: colby@lhllaw.com
*Attorney for Plaintiff*

/s/Richard N. Mann
Richard N. Mann

~ 3 ~