IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **VERONICA "TYLER" BORS**, <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF OKLAHOMA** ex rel. **BOARD OF REGENTS FOR THE REGIONAL UNIVERSITY SYSTEM OF OKLAHOMA,** <br><br> **UNIVERSITY OF CENTRAL OKLAHOMA,** <br><br> Defendants. | Case No. CIV–18–1235-R |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed with prejudice against Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs and fees.

RESPECTFULLY SUBMITTED THIS 2ND DAY OF JULY 2019.

s/Richard N. Mann (with permission)
Richard N. Mann, OBA #11040
Lexie P. Norwood, OBA #31414
Assistant Attorney General
Oklahoma Attorney General's Office
Litigation Division
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: 405.521.3921
Facsimile: 405.521.4518
E-mail: richard.mann@oag.ok.gov
E-mail: lexie.norwood@oag.ok.gov
**ATTORNEYS FOR DEFENDANTS**

s/D. Colby Addison
D. Colby Addison, OBA #32718
Leah M. Roper, OBA #32107
LAIRD HAMMONS LAIRD, PLLC
1332 SW 89th Street
Oklahoma City, OK 73159
Telephone: 405.703.4567
Facsimile: 405.703.4061
E-mail: colby@lhllaw.com
E-mail: leah@lhllaw.com
**ATTORNEYS FOR PLAINTIFF**